**Order entered April 7, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01121-CV

## CLARKE BARCUS, C-2-IT RENTAL, INC., 440 EQUIPMENT, LLC AND CYRUS BARCUS, Appellants

## V.

## SARAH SCHARBAUER, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-17-08105**

## ORDER

Before the Court is appellants' April 3, 2020 unopposed second motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 21, 2020.

/s/     ROBERT D. BURNS, III
       CHIEF JUSTICE